# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALPHINE FOGEL,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>ANTONY BLINKEN, UNITED STATES SECRETARY OF STATE; UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　　Defendants. | Civil Action No. 2:24-cv-00880-CB<br><br>District Judge Cathy Bissoon |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Malphine Fogel files this Notice of Voluntary Dismissal following the designation of her son, Marc Fogel, as "wrongfully detained" under the Robert Levinson Hostage Recovery and Hostage-Taking Accountability Act, 22 U.S.C. § 1741. By and through her undersigned counsel, Plaintiff hereby voluntarily dismisses this action.

Respectfully submitted,

Dated: December 26, 2024

By: /s/ *Edward D. Phillips*
Edward D. Phillips, Esquire
Pa. I.D. #322402
Joseph V. Schaeffer, Esquire
Pa. I.D. #323256

Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
Phone: 412-394-5400
ephillips@babstcalland.com
jschaeffer@babstcalland.com
*Counsel for Plaintiff Malphine Fogel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the Notice of Voluntary Dismissal with the Clerk of Court using the Court's CM/ECF system. That system will send notification of such filing to all counsel of record.

Dated: December 26, 2024              */s/ Edward D. Phillips*
                                      Edward D. Phillips